FRANCE v. WINN-DIXIE SUPERMARKET

No. 583P84.

Case below: 70 N.C. App. 492.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 February 1985.

HANEY v. ALEXANDER

No. 51P85.

Case below: 71 N.C. App. 731.

Petition by defendant (Hospital) for writ of certiorari to the North Carolina Court of Appeals denied 27 February 1985.

HEATHERLY v. MONTGOMERY COMPONENTS, INC.

No. 697P84.

Case below: 71 N.C. App. 377.

Petition by defendants for discretionary review under G.S. 7A-31 denied 27 February 1985.

HEISER v. HEISER

No. 714P84.

Case below: 71 N.C. App. 223.

Notice of Appeal by plaintiff under G.S. 7A-30 dismissed 27 February 1985. Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 February 1985.

HOBSON CONSTRUCTION CO. v. GREAT AMERICAN INS. CO.

No. 22P85.

Case below: 71 N.C. App. 586.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 27 February 1985.